UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7603

FREDDIE D. TAYLOR,

Plaintiff - Appellant,

versus

SUE MEDFORD, R. N. Nursing Supervisor II at
Marion Correctional Institution; KEITH OSTEEN,
Assistant Superintendent for Programs at
Marion Correctional Institute; NORTH CAROLINA
DEPARTMENT OF CORRECTIONS, Medical Utilization
Review Board; NURSE GODFREY, Assistant Nurse
at Marion Correctional Institution; DELRA
RODATZ, Nurse, L.P.N.; DOCTOR JAGUST,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-03-202-1-02-MU)

Submitted: February 25, 2004          Decided: March 10, 2004

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Freddie D. Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Freddie D. Taylor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Taylor v. Medford, No. CA-03-202-1-02-MU (W.D.N.C. Sept. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED